IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CYNTHIA CLARK, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A.,<br><br>    Defendant. | Civil Case No.: 1:18-cv-3672 (SAG) |

## DEFENDANT BANK OF AMERICA, N.A.'S NOTICE OF MOTION TO DISMISS

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Arsheen Littlejohn, the accompanying memorandum of law, and all other pleadings and proceedings had herein, Defendant Bank of America, N.A. moves this Court, pursuant to this Court's September 11, 2019 Letter Order, before the Honorable Stephanie A. Gallagher, for an order dismissing Plaintiff's complaint for failure to state a claim, and for such other and further relief as this Court shall seem just and proper.

Pursuant to this Court's Local Rule 105(6), Bank of America respectfully requests a hearing on this motion.

DATED: September 27, 2019            Respectfully submitted,

| | |
|---|---|
| Mark W. Mosier (admitted *pro hac vice*)<br>Andrew Soukup (admitted *pro hac vice*)<br>COVINGTON & BURLING LLP<br>One CityCenter, 850 10th Street NW<br>Washington, D.C. 20001<br>T: (202) 662-6000<br>mmosier@cov.com<br>asoukup@cov.com | /s/ David L. Permut<br>David L. Permut<br>GOODWIN PROCTER LLP<br>901 New York Avenue NW<br>Washington, D.C. 20001<br>T: (202) 346-4000<br>DPermut@goodwinlaw.com<br><br>*Attorneys for Defendant Bank of America, N.A.* |

## CERTIFICATE OF SERVICE

I certify that on September 27, 2019, I caused the attached Notice of Motion to Dismiss to be filed electronically through the Court's CM/ECF system, which caused a true and correct copy to be served on all counsel registered to receive electronic notices.

DATED:  September 27, 2019

Respectfully submitted,

By:  /s/ David L. Permut
David L. Permut
GOODWIN PROCTER LLP
901 New York Avenue NW
Washington, D.C. 20001
T: (202) 346-4000
DPermut@goodwinlaw.com

*Attorney for Defendant Bank of America, N.A.*