# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CYNTHIA CLARK, | * |
| Plaintiff, | * |
| v. | * Civil Case No. SAG-18-3672 |
| BANK OF AMERICA, N.A., | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF JUDGMENT

For the reasons stated in the accompanying memorandum opinion, it is this 22nd day of September, 2021, ORDERED that:

(1) Defendant's Motion for Summary Judgment, ECF 105, will be GRANTED as to all claims;

(2) Plaintiff's Motion for Class Certification, ECF 100, will be DENIED as moot;

(3) Plaintiff's Motion for Leave to File a Surreply, ECF 118, will be DENIED as moot;

(4) Judgment is entered in favor of Defendant against Plaintiff.

/s/
Stephanie A. Gallagher
United States District Judge